UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB, on behalf of herself and
all others similarly situated,

    Plaintiff,

        v.                                    CASE NO.: 1:24-cv-1601-ER

JEANS WAREHOUSE, INC.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 10, 2024

| For Plaintiff Angela Wahab | For Defendant Jeans Warehouse, Inc. |
|---|---|
| *Mark Rozenberg* (signature) | *Edwin F. Chociey, Jr.* (signature)   10-10-24 |
| Mark Rozenberg | Edwin F. Chociey, Jr. |
| Stein Saks, PLLC | Riker Danzig LLP |
| 1 University Plaza | 489 Fifth Avenue, 33rd Floor |
| Hackensack, NJ 07601 | New York, NY 10017 |
| Ph: 201-282-6500 | Ph: 212-302-7172 |
| mrozenberg@steinsakslegal.com | echociey@riker.com |

## **CERTIFICATE OF SERVICE**

I certify that on October 10, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*